

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**DILWORTH PAXSON LLP**
Scott J. Freedman
Peter C. Hughes
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile: (856) 663-8855

*Special Counsel to Daniel E. Straffi, Chapter 7 Trustee*

_____

In re:

BRASUSA CONTAINER & DEMOLITION SERVICES, INC.

          Debtor.
_____

DANIEL E. STRAFFI, CHAPTER 7 TRUSTEE,

          Plaintiff,

          v.

BRASUSA HARDSCAPES INC. AND CHRISTIANE L. PINTO-RANGEL,

          Defendant.

**Order Filed on August 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 21-11678 (CMG)

Hearing Date:

Adv. Pro No. 23-01058 (CMG)

Honorable Christine M. Gravelle

### FIRST MODIFIED JOINT ORDER SCHEDULING
### PRETRIAL PROCEEDINGS AND TRIAL

      The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: August 7, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A Joint Order Scheduling Pretrial Proceedings and Trial having been entered by Court at Docket no. 10, and the parties having jointly requested an extension of the deadline for discovery to facilitate further mediation of this matter, it is ORDERED that

1.      All fact discovery is to be completed by <u>November 15, 2023</u> [enter a date more than 90 days from the date of the pretrial conference]. Any motions to compel discovery are to be made so that the Court can rule and the discovery can be obtained before that date. Late filed discovery motions will not constitute cause for an adjournment of the scheduled trial date. To the extent any party seeks to introduce expert testimony, an amended joint scheduling order must be filed no later than 30 days after the above date, providing for the delivery of expert reports and completion of expert discovery.

2.      The parties to this Order consent to the Bankruptcy Court's adjudication and entry of final judgment on all claims and defenses raised in this proceeding, unless specifically contested in pleadings which comply with Fed. R. Bankr. P. 7008 and Fed. R. Bankr. P. 7012. To the extent any party does not so consent, that party must file a motion within 30 days of the entry of this Order seeking a determination as to whether this Court may adjudicate to final judgment any or all claims and defenses. The failure to timely file such a motion shall be deemed consent to the Bankruptcy Court's adjudication and entry of final judgment on all claims and defenses raised in this proceeding.

3.      Any party seeking to amend pleadings or add additional parties, must do so by filing a motion no later than 30 days after the close of fact discovery.

4.      All other motions must be filed no later than 30 days after the completion of all discovery. Late filed motions will not constitute cause for an adjournment of the trial date.

5.      Each party must pre-mark the exhibits which may be used at trial.

    6.    14 days before trial each party must:

    (a)    serve a copy of the pre-marked exhibits on each opposing party and provide one bound copy of the exhibits to the Court in Chambers (not to be docketed by the Clerk); and

    (b)    file, and serve on each opposing party a list of witnesses.

    7.    All exhibits will be admitted into evidence and witnesses permitted to testify at trial, unless a written objection has been filed 7 days before the trial date. Only parties identified on the witness list will be permitted to give testimony.

    8.    Any party intending to introduce deposition testimony at trial must serve on each opposing party and file copies of the transcript pages with excerpts highlighted.

    9.    Within 14 days from the conclusion of the trial, unless such time is extended by the Court, each party must file, and serve on each opposing party, separately numbered proposed findings of fact and conclusions of law with supporting legal citations.

    10.    Trial will begin on   February 28, 2024   at   10:00 a.m.   or as soon as the matter may be heard, at:

UNITED STATES BANKRUPTCY COURT ADDRESS:

    Clarkson S. Fisher US Courthouse
    402 East State Street
    Trenton, NJ 08608

Courtroom no:   3

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. UNDER D.N.J. LBR 50711, PARTIES REQUESTING AN ADJOURNMENT MUST SUBMIT LOCAL FORM, ADJOURNMENT REQUEST, VIA CHAMBERS EMAIL NOT LATER THAN 3 DAYS BEFORE THE TRIAL DATE.**

*rev.2/7/22*