Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Brasusa Container & Demolition Services Inc
Debtor

                                                    Case No.: 21−11678−CMG
                                                    Chapter 7

Daniel E. Straffi, Chapter 7 Trustee
Plaintiff

v.

Brasusa Hardscapes Inc.
Defendant

Adv. Proc. No. 23−01058−CMG                          Judge: Christine M. Gravelle

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 7, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 14
First Modified Joint Scheduling Order. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/7/2023. Discovery due by 11/15/2023. Trial date set for 2/28/2024 at 10:00 AM at CMG − Courtroom 3, Trenton. (rms)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 7, 2023
JAN: rms

                                                                                          Jeanne Naughton
                                                                                          Clerk